In the Matter of the Appeal of RALPH S. KEEP and Others, from an Ordinance or Resolution Adopted by the Common Council of the City of Lockport, N. Y., September 9, 1929, Confirming Local Assessment No. 927, for a Drain and Water Pipe in Lincoln Avenue and South Transit Street and from Said Assessment.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted, and questions for review certified. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ. [See 241 App. Div. 556.]

LIBERTY BANK OF BUFFALO, Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND and Others, Appellants, and NATIONAL SURETY COMPANY, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

CHRIST MADAROS, Appellant, v. AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

CHRIST MADAROS, Appellant, v. BALTIMORE AMERICAN INSURANCE COMPANY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

EDWARD HEINAMAN, Respondent, v. GEORGE W. HAXTON & SON, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONNER-HANNA COKE CORPORATION, Respondent, v. CHARLES REULING and Others, as and Constituting the Board of Assessors of the City of Buffalo, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

ANNA E. PETERS, Appellant, v. EDWARD CARNEY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

ELLA SMITH, Appellant, v. EDWARD CARNEY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

ANTHONY PETERS, Appellant, v. EDWARD CARNEY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

LACKAWANNA STEEL CONSTRUCTION CORPORATION, Appellant, v. P. J. GREENOUGH ENGINEERING COMPANY, INC., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

EDWARD P. PATTISON and Others, Respondents, v. THE STATE OF NEW YORK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.